LOUIS H. GURA, Respondent, *v.* SYDNEY H. HERMAN et al., as Executors of EDGAR GUGGENHEIM, Deceased, Appellants.

(Argued April 9, 1930; decided May 6, 1930.)

*Leonard Klaber* for appellants.

*Irving I. Goldsmith* and *Maurice B. Rich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.